**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO BARAJAS-OROZCO,

Defendant.

Case No. 2:24-cr-00640-MRA-1

**ORDER CONTINUING SENTENCING HEARING**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued to **June 18, 2026, at 11:00 a.m.** The government shall file its sentencing position paper on or before June 1, 2026. The defense shall file its sentencing position paper on or before June 8, 2026.

IT IS SO ORDERED.

DATED: March 9, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

**CC: USPPO**