TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2435
E-mail: jun.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO BARAJAS-OROZCO,<br><br>Defendant. | No. 2:24-CR-00640-MRA-1<br><br><u>STIPULATION TO VACATE DEFENDANT'S SENTENCING HEARING UNTIL FURTHER NOTICE</u> |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Jun Nam, and defendant Julio Barajas-Orozco, by and through his counsel of record, Christy O'Connor, stipulate as follows:

1. On May 21, 2026, U.S. Probation & Pretrial Services informed the government and defense counsel that defendant was arrested by the Santa Barbara Sheriff's Office.

2. Defendant is currently in state custody facing state charges. His case is pending in Santa Barbara Superior Court, Case No. 26CR03739. His next hearing is scheduled for June 23, 2026.

3. Given the ongoing nature of defendant's state proceeding, and the uncertainty as to when the state proceeding might conclude, the parties have conferred regarding defendant's sentencing that is currently set for June 18, 2026, and believe that vacating the current sentencing date until further notice is appropriate.

4. Accordingly, the parties file this stipulation to vacate the sentencing hearing set for June 18, 2026, at 11:00 a.m., until further notice.

//

//

5. Once the parties have had time to evaluate further, the parties will notify the Court to reset the sentencing hearing.

Dated: June 12, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
JUN NAM
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

Dated: June 12, 2026

/s/*
CHRISTY O'CONNOR
Attorney for Julio Barajas-Orozco

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.