UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIO BARAJAS-OROZCO,<br>Defendant. | No. 2:24-CR-00640-MRA-1<br><br>ORDER VACATING DEFENDANT'S SENTENCING HEARING UNTIL FURTHER NOTICE [113] |

For GOOD CAUSE SHOWN, the Court VACATES the defendant's sentencing currently set for June 18, 2026, at 11:00 a.m. until further notice by the parties.

IT IS SO ORDERED.

June 16, 2026
DATE

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

**CC: USPPO**